Robert J. SHELTON et al., Appellants, v. MISSOURI–KANSAS–TEXAS RAILROAD COMPANY.

No. 11937.

Circuit Court of Appeals, Eighth Circuit.

Sept. 22, 1941.

Charles M. Hay, S. D. Flanagan, and E. D. Franey, all of St. Louis, Mo., for appellants.

Everett Paul Griffin and Carl S. Hoffman, both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at appellants' costs, etc., per stipulation.

J. L. TENNANT et al., Appellants, v. August GUTTROPF.

No. 12073.

Circuit Court of Appeals, Eighth Circuit.

Sept. 11, 1941.

Bump, Graeser & Bump and Clarence I. Spencer, all of Des Moines, Iowa, and Hall & Ewalt, of Indianla, Iowa, for appellants.

O. M. Slaymaker, R. E. Killmar, and D. D. Slaymaker, all of Osceola, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed with costs on motion of appellee, for failure to comply with orders of this Court for filing record on appeal and bond.

John T. THORNTON, and John T. Thornton as Surviving Partner of Thornton & Carter, Appellants, v. METROPOLITAN LIFE INSURANCE COMPANY.

No. 12128.

Circuit Court of Appeals, Eighth Circuit.

Sept. 22, 1941.

Hill, Fitzhugh & Brizzolara, of Fort Smith, Ark., for appellants.

Harry P. Daily, John P. Woods, and J. S. Daily, all of Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellee, etc., per stipulation.

Roy TILLER v. Honorable Eugene RICE, Judge of the United States District Court for the Eastern District of Oklahoma.

No. 2385.

Circuit Court of Appeals, Tentn Circuit.

Sept. 11, 1941.

No one for petitioner.

No one for respondent.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Application denied.